THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JERRY WALLS, Defendant-Appellant.

(No. 55462;

First District—March 13, 1972.

Gerald W. Getty, Public Defender, of Chicago, (James N. Gramenos, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Daniel J. Price, Assistant State's Attorneys, of counsel,) for the People.

MARIE RATHBUN, Plaintiff-Appellee, *v.* THE OLD BARN RESTAURANT, Defendant-Appellant.

(No. 54749;

First District—March 14, 1972.

*Rehearing denied April 11, 1972.*